## WILLIAM C. MACK agt. DANIEL McCULLOCK.

It is necessary for an officer, who is sued as such, to make application to the
court for double costs, where he succeeds in the suit; only single costs of the
*motion* will be allowed.

*April Term,* 1846.

MOTION by defendant for double costs.

This was an action of replevin against the defendant as a
general deputy sheriff. In February last judgment as in case
of nonsuit was obtained by defendant, and the value of the
property assessed upon a writ of inquiry.

Plaintiff's counsel objected: 1st, that no motion
for double costs was *necessary; that defendant's [*128]
notice showed him to be an officer, and the pleadings
should have been presented to the taxing officer, and double
costs taxed of course. 2d, he should not ask for costs of this
motion, and, if any, only single costs.

A. K. HADLEY, *defendant's counsel.*
D. N. BURNHAM, *defendant's attorney.*
J. EDWARDS, *plaintiff's counsel.*
C. D. WRIGHT, *plaintiff's attorney.*

BEARDSLEY, Justice.   This application was necessary, and of course carries costs, but single only.

Motion granted with $10 costs.